IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KYLE SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MARIAN BROWN, ) | |
| ) | |
| Defendant. ) | Civil Action No. 3:20-CV-3304-C-BT |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein recommending that Plaintiff's complaint be dismissed for failing to state a claim upon which relief may be granted. Plaintiff has failed to file objections to the Magistrate Judge's Findings, Conclusions, and Recommendation and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court.[1] For the reasons stated

---

[1] The Court notes that the Magistrate Judge's Findings, Conclusions, and Recommendation recommends that Plaintiff be granted leave to amend his complaint. However, Plaintiff filed an amended complaint after the Magistrate Judge entered her Findings, Conclusions, and Recommendation. Plaintiff's Amended Complaint merely alleges that he tested negative and then positive for COVID-19.

therein, Plaintiff's complaint is hereby **DISMISSED** under 28 U.S.C. §§ 1915A and 1915(e)(2)(B).

SO ORDERED this 23rd day of February, 2021.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE